JOHN J. KENNEDY, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

*Kennedy* v. *Prest.*, *etc.*, *D. & H. C. Co.*, 82 Hun, 615, affirmed.
(Argued December 18, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered

December 4, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*E. Countryman* for respondent

Judgment affirmed, with costs ; no opinion.
All concur, except ANDREWS, Ch. J., not sitting.